# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

WILLIAM J. COX, et al.,        :

    Plaintiffs,              :

vs.                            :        CA 08-0315-KD-C

TRIAD ISOTOPES, INC.,          :

    Defendant.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 21, 2008 is **ADOPTED** as the opinion of this Court.

**DONE** this 29th day of July, 2008.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**