## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

WILLIAM J. COX, et al.,            :

    Plaintiffs,                    :

vs.                                :        CA 08-0315-KD-C

TRIAD ISOTOPES, INC.,              :

    Defendant.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the plaintiffs' motion to remand (Doc. 4) be and the same hereby is **GRANTED** and that this case be **REMANDED** to the Circuit Court of Mobile County, Alabama from whence it came.

    **DONE** this 29th day of July, 2008.

               /s/ Kristi K. DuBose
               **KRISTI K. DuBOSE**
               **UNITED STATES DISTRICT JUDGE**